CHARLES DEAN, Appellant, v. W. F. CLARK, Sheriff, *et al.*, Appellees.

**Pension Money**: PROPERTY PURCHASED THEREWITH EXEMPT FROM EXECUTION.

*Appeal from Floyd District Court.*—HON. GEORGE W. RUDDICK, Judge.

FRIDAY, OCTOBER 24, 1890.

THIS is an action in equity to set aside a sheriff's sale of certain real estate and cancel the certificate of purchase upon the ground that the property was purchased with money received by the plaintiff as a pension for services as a soldier in the war of the rebellion. There was a demurrer to the petition which was sustained, and the action dismissed. Plaintiff appeals.

*Rickel & Crocker*, for appellant.

*P. W. Burr*, for appellees.

ROTHROCK, C. J.—The material question involved in the case is identical with that determined by this court in *Crow v. Brown, ante*, p. 344, determined at the present term in which a [majority of the court held that the property was exempt from execution or attachment upon the ground that it was purchased with pension money. Following that case the order sustaining the demurrer and dismissing the cause is REVERSED.

ROBINSON, J., dissenting.